**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO MAGANA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SENIOR AEROSPACE SSP, a business entity form unknown; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00465-AB-JPR<br><br>**ORDER RE: ARBITRATION OF PLAINTIFF'S CLAIMS**<br><br>Hon. Judge Andre Birotte Jr.<br><br>Courtroom: 7B<br><br>Complaint Filed: December 14, 2023<br>Answer Filed: January 17, 2024<br>Trial Date: Not Set |

Good cause having been shown therefor, based on the parties' Stipulation Re: Arbitration of Plaintiff's Claims (the "Stipulation"), it is HEREBY ORDERED:

1. Plaintiff Alejandro Magana ("Plaintiff") and Defendants Senior Aerospace SSP and Senior Operations LLC (collectively, "Defendants") shall arbitrate Plaintiff's claims against Defendants asserted in the Complaint pursuant to the terms of the Mututal Arbitration Agreement, attached as Exhibit 1 to the Stipulation. Parties have represented to the Court that the mediation hearing is scheduled for May 29, 2024.

2. Any statute of limitation, time constraint, or any other bar, imposed by law or otherwise, as to any legal dispute or legal claims or potential legal claims or causes of action between Plaintiff and Defendants shall be tolled until June 28, 2024, which is 30 days after the mediation hearing.

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports. The first such report is to be filed on June 15, 2024, unless the stay is lifted sooner. Successive reports shall be filed every 45 days thereafter, and within 10 days after the completion of arbitration. Each report must indicate on the face page the date on which the next report is due. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action. While this Court will continue to monitor this action, the case is administratively closed.

Dated: April 3, 2024

_____
Hon. Andre Birotte Jr.
United States District Court Judge